BEFORE THE SECOND DIVISION, SEPTEMBER 14, 1944

**No. 49713.**—Protest 104046–K of Phelps Dodge Refining Corp. (New York).

Opinion by LAWRENCE, J. At the hearing the appraiser's report and the collector's letter were received in evidence. In accordance with agreement of counsel and the concession of the Government counsel and the appraiser that the merchandise herein would be covered by T. D. 50585 as nonferrous metal scrap

and therefore entitled to free entry, the court held the merchandise in question not subject to tax imposed.